IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES H. BORDAGES, JR.                                          PLAINTIFF

v.                          No. 3:20-cv-369-DPM

FRED THORNE, District Judge
of Crittenden County, Arkansas                                  DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2020